# PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
## 2817 2nd Avenue N., Suite 300
## Billings, MT 59101-2041

Phone: (406) 252-850(   Tax ID: 81-0487431

February 20, 2015

Stewart and Liz Kincaid
1023 W. Old Highway 87
P.O. Box 371
Hardin, MT 59034

Regarding:   10-882.01
             Kincaid Chapter 13

Invoice No:  63678

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| **General Administration** | | | | | |
| 8/30/2012 | AJS | Meet with Kincaids to prepare emergency Ch 13 filing | 1.50 | $125.00 | $187.50 |
| 8/30/2012 | AJS | Prepare emergency Ch 13 Petition | 0.50 | $125.00 | $62.50 |
| 8/30/2012 | AJS | Telephone call with Tricia Joern regarding Foreclosure for Kincaids | 0.20 | $125.00 | $25.00 |
| 8/30/2012 | AJS | Telephone call with Reconstruct Company regarding foreclosure for Kincaid | 0.20 | $125.00 | $25.00 |
| 8/30/2012 | AJS | Efile Ch13 Petition and Credit Counseling Certificates; fax case information to Reconstruct Company | 0.50 | $125.00 | $62.50 |
| 8/30/2012 | AJS | Email Kincaid regarding case being filed | 0.10 | $125.00 | $12.50 |
| 8/31/2012 | AJS | Telephone call with Representative from Reconstruct regarding cancellation of foreclosure sale | 0.20 | $125.00 | $25.00 |
| 9/06/2012 | JAP | Office conference with Kincaids regarding emergency filing | 1.20 | $315.00 | $378.00 |
| 9/07/2012 | AJS | Email Kincaid regarding Ch 13 schedules | 0.10 | $125.00 | $12.50 |
| 9/11/2012 | AJS | Prepare Ch 13 schedules | 2.50 | $125.00 | $312.50 |
| 9/11/2012 | AJS | Prepare draft of Plan, Notice of Filing Education Individual Retirement Account, Notice of Filing Income Statements and Statement of Domestic Support Obligations | 1.00 | $125.00 | $125.00 |
| 9/11/2012 | AJS | Meet with Kincaid's to review ch 13 schedules and plan | 2.00 | $125.00 | $250.00 |
| 9/11/2012 | AJS | Prepare Ch 13 Schedules | 1.00 | $125.00 | $125.00 |
| 9/12/2012 | AJS | Finalize schedules | 0.80 | $125.00 | $100.00 |
| 9/12/2012 | AJS | Prepare LBF33 and email to Kincaid | 0.80 | $125.00 | $100.00 |
| 9/13/2012 | AJS | Organize documents for 341 meeting | 0.50 | $125.00 | $62.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/13/2012 | AJS | Email Kincaid regarding signature needed for Means Test and LBF33 | 0.10 | $125.00 | $12.50 |
| 9/13/2012 | AJS | Revise Means Test to add Thirty-One income | 0.30 | $125.00 | $37.50 |
| 9/13/2012 | AJS | Email Kincaid regarding mother's credit card | 0.10 | $125.00 | $12.50 |
| 9/13/2012 | AJS | E-File schedules notices, Ch 13 Plan | 0.70 | $125.00 | $87.50 |
| 9/13/2012 | AJS | Prepare Notice of Amendment to mailing matrix and E-file with court | 0.50 | $125.00 | $62.50 |
| 9/13/2012 | AJS | Telephone call with Kincaid regarding Ch 13 | 0.10 | $125.00 | $12.50 |
| 9/14/2012 | AJS | Telephone call with Kincaid regarding mother's credit card | 0.10 | $125.00 | $12.50 |
| 9/24/2012 | JAP | Meet with Kincaid, prepare for 341 meeting, attend 341 meeting | 0.90 | $315.00 | $283.50 |
| 12/10/2012 | AJS | Email Kincaid copy of default letter | 0.10 | $125.00 | $12.50 |
| 12/10/2012 | AJS | Respond to email from Kincaid regarding trustee payment | 0.10 | $125.00 | $12.50 |
| 12/18/2012 | AJS | Telephone call with Margaret from Credit Union regarding 1995 Pontiac | 0.20 | $125.00 | $25.00 |
| 12/18/2012 | AJS | Emails to Kincaid regarding Pontiac | 0.40 | $125.00 | $50.00 |
| 12/19/2012 | AJS | Review proof of claim filed for Bank of America; email Kincaid regarding Bank of America claim | 0.30 | $125.00 | $37.50 |
| 1/03/2013 | AJS | Email Kincaid's regarding arrearage on vehicle payments | 0.10 | $125.00 | $12.50 |
| 1/28/2013 | AJS | Telephone call with Margaret from Sheridan Community Federal Credit Union regarding Pontiac; email Liz regarding Pontiac | 0.30 | $125.00 | $37.50 |
| 1/29/2013 | AJS | Telephone call with Kincaid regarding Pontiac being sold | 0.20 | $125.00 | $25.00 |
| 2/04/2013 | AJS | Review email from Joern regarding Kincaid post-petition payments being delinquent; email Kincaids regarding arrearage | 0.10 | $125.00 | $12.50 |
| 2/12/2013 | AJS | Respond to email from Kincaid regarding house payments | 0.10 | $125.00 | $12.50 |
| 2/19/2013 | AJS | Telephone call with Trustee's office regarding splitting payments | 0.10 | $125.00 | $12.50 |
| 2/19/2013 | AJS | Review amended plan and letter from attorney in Wyoming | 0.20 | $125.00 | $25.00 |
| 2/19/2013 | AJS | Telephone call with Liz regarding vehicle payments and house payments; email Stewart regarding house payment | 0.40 | $125.00 | $50.00 |
| 2/20/2013 | AJS | Email Kincaid regarding mortgage payments | 0.20 | $125.00 | $25.00 |
| 3/04/2013 | AJS | Review copies of checks received from Kincaid email Kincaid regarding missing payments | 0.50 | $125.00 | $62.50 |
| 3/06/2013 | AJS | Review file, plan, proof of claims and letter from Trustee in preparation of amending plan | 1.00 | $125.00 | $125.00 |
| 3/07/2013 | AJS | Conference with Andy regarding amending plan; review Ch 13 report, proof of claims, and tax returns | 0.90 | $125.00 | $112.50 |
| 3/07/2013 | AJS | Emails to and from Liz regarding tax refund | 0.30 | $125.00 | $37.50 |
| 3/07/2013 | AJS | Telephone call with Liz regarding tax refund and what she will use it for | 0.30 | $125.00 | $37.50 |
| 3/07/2013 | AJS | Email Drummond regarding proposal to pay certain amount over from tax refund; email Kincaid regarding the same | 0.50 | $125.00 | $62.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/07/2013 | JAP | Review file, review Sheridan Credit Union letter, calculate response to Chapter 13 Trustee | 0.40 | $315.00 | $126.00 |
| 3/11/2013 | AJS | Review email from Drummond regarding tax refund | 0.10 | $125.00 | $12.50 |
| 3/11/2013 | JAP | Review Drummond proposal regarding tax refund; prepare email to Drummond regarding questions | 0.70 | $315.00 | $220.50 |
| 3/14/2013 | AJS | Telephone call with Liz regarding tax refund; telephone call with Drummonds office regarding state refunds | 0.20 | $125.00 | $25.00 |
| 3/14/2013 | AJS | Telephone call with Kincaid regarding number to call State for tax refund to be released | 0.10 | $125.00 | $12.50 |
| 3/15/2013 | JAP | Prepare stipulation with Trustee regarding tax refunds | 0.40 | $315.00 | $126.00 |
| 3/18/2013 | AJS | Email Kincaid regarding tax refund from state | 0.10 | $125.00 | $12.50 |
| 3/18/2013 | AJS | Email Kincaid regarding state refund and the amount to turn over to Trustee | 0.10 | $125.00 | $12.50 |
| 3/18/2013 | JAP | Finalize stipulation regarding 2012 tax refund | 0.10 | $315.00 | $31.50 |
| 3/20/2013 | AJS | Email Kincaid with Stipulation for their review and signature | 0.20 | $125.00 | $25.00 |
| 3/22/2013 | AJS | Email Kincaid regarding signature on STIP | 0.10 | $125.00 | $12.50 |
| 3/26/2013 | AJS | Efile Stipulation regarding income tax refund; prepare proposed order and email to Court | 0.10 | $125.00 | $12.50 |
| 4/09/2013 | AJS | Email Liz regarding status of tax refund | 0.10 | $125.00 | $12.50 |
| 4/09/2013 | AJS | Review and respond to email from Kincaid | 0.10 | $125.00 | $12.50 |
| 4/18/2013 | AJS | Review email from Hogan regarding Kincaid loan documents | 0.10 | $125.00 | $12.50 |
| 4/18/2013 | AJS | Email Kincaid regarding Pontiac and payments in arrears with Chase; review email from Kincaid | 0.20 | $125.00 | $25.00 |
| 4/18/2013 | JAP | Review Hogan e-mail, review plan, schedules documents regarding Sheridan Federal Credit Union claim on Pontiac, prepare reply | 0.60 | $315.00 | $189.00 |
| 5/13/2013 | AJS | Review motion to lift stay and email copy to Kincaids | 0.30 | $125.00 | $37.50 |
| 5/16/2013 | AJS | Telephone call with Radfords office regarding motion to modify stay | 0.20 | $125.00 | $25.00 |
| 5/17/2013 | AJS | Telephone call with Radford regarding Kincaid arrearage; email Kincaid regarding arrearage | 0.30 | $125.00 | $37.50 |
| 5/23/2013 | AJS | Emails to and from Kincaid regarding checks for JPMorgan and arrearage on truck loan | 0.20 | $125.00 | $25.00 |
| 5/23/2013 | AJS | Telephone call with Radford regarding stipulation to waive 30 day rule for hearing | 0.20 | $125.00 | $25.00 |
| 5/23/2013 | AJS | Prepare objection to motion to modify stay stipulation to waive 30 day rule and order | 0.90 | $125.00 | $112.50 |
| 5/24/2013 | AJS | Review email from Kincaid and respond | 0.20 | $125.00 | $25.00 |
| 5/24/2013 | AJS | Telephone call with Radford's office regarding stipulation | 0.10 | $125.00 | $12.50 |
| 5/24/2013 | AJS | Telephone call with Radford regarding stipulation | 0.10 | $125.00 | $12.50 |
| 5/24/2013 | AJS | Revise objection to motion to modify stay | 0.10 | $125.00 | $12.50 |

Stewart and Liz Kincaid

Page No.     4

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/24/2013 | AJS | Efile objection to motion to modify stay and stipulation to waive 30 day rule | 0.20 | $125.00 | $25.00 |
| 5/29/2013 | AJS | Review e-mail from Kincaid regarding check for truck payment and respond | 0.10 | $125.00 | $12.50 |
| 5/31/2013 | AJS | E-mail Radford and Angie regarding payment received; prepare letter to Angie with original check | 0.20 | $125.00 | $25.00 |
| 6/04/2013 | AJS | Telephone conference with Radford regarding continuing hearing until July to confirm check clears | 0.10 | $125.00 | $12.50 |
| 6/04/2013 | AJS | E-mail Radford regarding continuance | 0.10 | $125.00 | $12.50 |
| 6/12/2013 | AJS | Review email from Kincaid regarding truck payment for June 2013 and respond | 0.10 | $125.00 | $12.50 |
| 7/23/2013 | AJS | E-mail Lynn from clerk's office regarding hearing in Kincaid case not necessary | 0.10 | $125.00 | $12.50 |
| 4/11/2014 | AJS | Review e-mail from Kincaid regarding post petition arrearage | 0.10 | $125.00 | $12.50 |
| 4/23/2014 | AJS | Telephone call Radford regarding Kincaid and truck payments; left voicemail messages with Kincaid regarding delinquent payments; e-mail Liz regarding payments | 0.20 | $125.00 | $25.00 |
| 4/24/2014 | AJS | Review Motion to Modify Stay file; e-mail copy to Kincaid | 0.30 | $125.00 | $37.50 |
| 4/25/2014 | AJS | Review Amended Motion to Modify and e-mail to clients regarding arrearages | 0.10 | $125.00 | $12.50 |
| 4/28/2014 | AJS | Respond to e-mail from Kincaid regarding taxes and Chase payment | 0.10 | $125.00 | $12.50 |
| 5/01/2014 | AJS | Prepare letter to Radford with checks for Chase payment | 0.20 | $125.00 | $25.00 |
| 5/07/2014 | AJS | Prepare objection to motion to modify; left message for Radford; telephone call with clerk regarding preliminary conference calls | 0.70 | $125.00 | $87.50 |
| 5/07/2014 | AJS | E-mail Kincaid regarding payment for May, 2014 | 0.10 | $125.00 | $12.50 |
| 5/07/2014 | AJS | E-file objection to motion to modify stay | 0.10 | $125.00 | $12.50 |
| 5/14/2014 | AJS | Left messages for Kincaid regarding stipulation; e-mails to and from Liz regarding stipulation | 0.20 | $125.00 | $25.00 |
| 5/15/2014 | AJS | Telephone call with Stewart regarding Stipulation | 0.10 | $125.00 | $12.50 |
| 5/15/2014 | AJS | Email Kincaid Stipulation for signature | 0.10 | $125.00 | $12.50 |
| 5/16/2014 | AJS | Review email from Angie Witt and respond | 0.10 | $125.00 | $12.50 |
| 5/16/2014 | AJS | Email Kincaid regarding signatures | 0.10 | $125.00 | $12.50 |
| 5/19/2014 | AJS | Email Liz regarding signature on letter to Chase | 0.10 | $125.00 | $12.50 |
| 5/19/2014 | AJS | Email Witt with signed Stipulation | 0.10 | $125.00 | $12.50 |
| 5/19/2014 | AJS | Email Witt with copy of signed letter regarding receiving monthly statements | 0.10 | $125.00 | $12.50 |
| 5/19/2014 | AJS | Email Kincaid with copy of stipulation and where to mail payments | 0.20 | $125.00 | $25.00 |
| 6/16/2014 | AJS | Prepare letter to Shores with authorization for monthly billing statement | 0.20 | $125.00 | $25.00 |
| 10/27/2014 | AJS | Review e-mail from Kincaid and respond | 0.10 | $125.00 | $12.50 |
| 11/03/2014 | AJS | Conference call with the Kincaid's regarding arrearage on house payment | 0.20 | $125.00 | $25.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/2014 | AJS | Telephone Conference with the Kincaid's regarding arrearage on house payment | 0.20 | $125.00 | $25.00 |
| 11/04/2014 | AJS | Download information Kincaid Chapter 13 case from trustees website | 0.20 | $125.00 | $25.00 |
| 11/04/2014 | JAP | Telephone call with Dellwo regarding stipulation to repay arrearages | 0.30 | $315.00 | $94.50 |
| 11/05/2014 | AJS | E-mail clerk regarding preliminary conference call | 0.10 | $125.00 | $12.50 |
| 11/05/2014 | AJS | Prepare response to Motion to Modify Stay; e-mail Cassie Dellwo regarding waiving 30 day time period | 0.70 | $125.00 | $87.50 |
| 12/03/2014 | AJS | Email Joern regarding stipulation | 0.10 | $125.00 | $12.50 |
| 12/03/2014 | AJS | Email Liz & Stewart regarding stipulation on post-petition payments | 0.10 | $125.00 | $12.50 |
| 12/03/2014 | AJS | Respond to email from Joern regarding hearing on 12-10-14 | 0.10 | $125.00 | $12.50 |
| 1/07/2015 | AJS | Respond to e-mail from Cassie Dellwo regarding continuance | 0.10 | $125.00 | $12.50 |
| 1/14/2015 | AJS | Review e-mail from Dellwo respond | 0.10 | $125.00 | $12.50 |
| 1/15/2015 | AJS | Download Kincaid plan and information from trustees website | 0.20 | $125.00 | $25.00 |
| 1/28/2015 | AJS | Email Kincaids regarding plan payment | 0.20 | $125.00 | $25.00 |
| 2/06/2015 | AJS | Review bill for preparing fee application | 0.30 | $125.00 | $37.50 |
| 2/06/2015 | AJS | Prepare fee application and notice | 0.50 | $125.00 | $62.50 |
| 2/12/2015 | AJS | Finalize fee application and e-file with Court | 0.50 | $125.00 | $62.50 |
| 2/12/2015 | JAP | Revise Plan; finalize Motion to Modify Plan; e-file with Court | 0.50 | $315.00 | $157.50 |
| 2/18/2015 | AJS | Email signature page to Stipulation to Joern | 0.10 | $125.00 | $12.50 |

Sub Total: General Administration $5,619.00

**Plan Preparation, Disclosure Statement**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2012 | JAP | Prepare e-mail to Drummond regarding objection to Plan | 0.20 | $315.00 | $63.00 |
| 10/01/2012 | JAP | Prepare Amended Chapter 13 Plan | 0.20 | $315.00 | $63.00 |
| 10/02/2012 | AJS | Email amended plan to Kincaid for his review | 0.10 | $125.00 | $12.50 |
| 10/05/2012 | AJS | Email Kincaid regarding amended plan; Respond to Liz Kincaid email regarding amended plan | 0.30 | $125.00 | $37.50 |
| 10/12/2012 | AJS | Efile amended Ch 13 Plan | 0.10 | $125.00 | $12.50 |
| 1/09/2013 | AJS | Prepare motion to modify plan | 0.50 | $125.00 | $62.50 |
| 1/09/2013 | AJS | Review file; prepare second amended Ch 13 Plan; email Kincaid regarding amendment | 0.50 | $125.00 | $62.50 |
| 1/15/2013 | AJS | Prepare response to trustee's motion to vacate order confirming ch 13 plan | 0.50 | $125.00 | $62.50 |
| 1/16/2013 | AJS | Conference with Andy regarding amended plan | 0.20 | $125.00 | $25.00 |
| 1/16/2013 | JAP | Review Trustee's motion, Proof of Claims, prepare Amended Plan, motion to modify and objection to motion to vacate | 0.30 | $315.00 | $94.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/17/2013 | AJS | Email amended plan to Kincaid for their review and signatures | 0.10 | $125.00 | $12.50 |
| 1/17/2013 | AJS | Finalize response to Trustee's motion to vacate confirmation order | 0.10 | $125.00 | $12.50 |
| 1/17/2013 | AJS | Email Kincaids reminder regarding signature needed on Ch 13 Plan | 0.10 | $125.00 | $12.50 |
| 1/17/2013 | AJS | E-file response to trustees motion for order vacating order confirming ch 13 plan | 0.10 | $125.00 | $12.50 |
| 1/21/2013 | AJS | Email Kincaid regarding amended plan and signature needed | 0.10 | $125.00 | $12.50 |
| 1/24/2013 | AJS | Finalize 2nd amended plan and motion to modify plan | 0.10 | $125.00 | $12.50 |
| 1/24/2013 | AJS | Efile 2nd amended plan and motion to modify plan | 0.20 | $125.00 | $25.00 |
| 3/13/2013 | JAP | Review Plan and Drummond e-mail regarding tax refunds; prepare e-mail to Drummond regarding tax refund | 0.30 | $315.00 | $94.50 |
| 3/13/2013 | JAP | Telephone conference with Trustee regarding tax refund | 0.20 | $315.00 | $63.00 |
| 3/19/2013 | JAP | Revise Stipulation with Trustee | 0.40 | $315.00 | $126.00 |
| 1/27/2015 | AJS | Telephone call with Tricia regarding amending plan; conference with Andy regarding amending plan | 0.50 | $125.00 | $62.50 |
| 1/27/2015 | JAP | Prepare amended Chapter 13 Plan | 0.20 | $315.00 | $63.00 |
| 1/28/2015 | AJS | Email Joern with copy of amended plan | 0.10 | $125.00 | $12.50 |
| 1/28/2015 | AJS | Revise Ch 13 Plan | 0.30 | $125.00 | $37.50 |
| 2/04/2015 | AJS | Telephone call with Tricia Regarding Stipulation | 0.20 | $125.00 | $25.00 |
| 2/06/2015 | AJS | Review Stipulation; conference with Andy regarding Plan & Stipulation, email Kincaids regarding amending Plan | 0.30 | $125.00 | $37.50 |
| 2/06/2015 | AJS | Revise Ch 13 Plan and prepare Motion to Modify Plan | 0.50 | $125.00 | $62.50 |

Sub Total: Plan Preparation, Disclosure Statement          $1,179.50

Total Fees          $6,798.50

## Expenses

| Start Date | Description | Charges |
|---|---|---|

**Postage**

| | | |
|---|---|---|
| 10/15/2012 | Postage | $4.95 |
| 1/24/2013 | Postage for Motion to Modify Plan and Second Amendment Mailing | $6.75 |
| 5/09/2014 | Postage | $0.48 |
| 5/21/2014 | Postage | $0.48 |
| 2/06/2015 | Postage | $7.20 |

Sub Total: Postage          $19.86

Stewart and Liz Kincaid

Page No.    7

### Photocopies

| Date | Description | Amount |
|---|---|---|
| 10/15/2012 | Photocopies | $3.30 |
| 2/19/2013 | Photocopies | $13.50 |
| 2/06/2015 | Photocopies | $7.50 |
| Sub Total: Photocopies | | $24.30 |

### Filing Fee

| Date | Description | Amount |
|---|---|---|
| 8/30/2012 | United States Bankruptcy Court--Filing Fee for Chapter 13 Bankruptcy | $281.00 |
| 9/13/2012 | United States Bankruptcy Court--Filing Fee for Amendment | $30.00 |
| Sub Total: Filing Fee | | $311.00 |

### Pacer/Research

| Date | Description | Amount |
|---|---|---|
| 2/19/2013 | Pacer Service Center; On-Line Court search | $0.30 |

| | |
|---|---|
| Total Expenses | $355.46 |
| Total New Charges | $7,153.96 |
| Previous Balance | $0.00 |
| 8/30/2012 Payment  Check No. 1658 | $-3,781.00 |
| Total Payments and Credits | $-3,781.00 |
| Balance Due | $3,372.96 |

### Phase Table

| Phase | Phase | Hours | Fees | Rate | Expenses | Charges |
|---|---|---|---|---|---|---|
| A. | General Administration | 32.10 | $4,012.50 | 125.00 | $0.00 | $4,012.50 |
| A. | General Administration | 5.10 | $1,606.50 | 315.00 | $0.00 | $1,606.50 |
| B. | Plan Preparation, Disclosure Statement | 4.90 | $612.50 | 125.00 | $0.00 | $612.50 |
| B. | Plan Preparation, Disclosure Statement | 1.80 | $567.00 | 315.00 | $0.00 | $567.00 |
| C. | Claims Review & Objection | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| D. | Settlement with Creditors | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| E. | Stay Relief/Adequate Protection | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| F. | Miscellaneous | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| L. | Postage | 0.00 | $0.00 | 0.00 | $19.86 | $19.86 |

Stewart and Liz Kincaid

Page No. 8

| | | | | | | |
|---|---|---|---|---|---|---|
| M. | Photocopies | 0.00 | $0.00 | 0.00 | $24.30 | $24.30 |
| N. | Meals | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| O. | Mileage | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| P. | Filing Fee | 0.00 | $0.00 | 0.00 | $311.00 | $311.00 |
| R. | Monthly Reports | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| U | Pacer/Research | 0.00 | $0.00 | 0.00 | $0.30 | $0.30 |
| WW | FedEX | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| X | Premiere Telephone Services | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |

## *Staff Summary*

| Name | Hours | Rate |
|---|---|---|
| April J. Schueler | 37.00 | $125.00 |
| James A. Patten | 6.90 | $315.00 |

Payment upon receipt of billing is appreciated. Interest at the rate of .8% per month will be added to all accounts 30 days or more past due. Thank you for your prompt response. WE ACCEPT MASTERCARD, VISA and DISCOVER. (Form enclosed)