# PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
## 2817 2nd Avenue N., Suite 300
## Billings, MT 59101-2041

Phone: (406) 252-8500      Tax ID: 81-0487431

June 16, 2016

Stewart and Liz Kincaid
1023 W. Old Highway 87
P.O. Box 371
Hardin, MT 59034

Regarding:  10-882.01
Kincaid Chapter 13

Invoice No:  71716

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| **General Administration** | | | | | |
| 2/20/2015 | AJS | Finalize Kincaid Motion, Plan & Fee Application; email Kincaid regarding Plan and signature needed | 0.50 | $125.00 | $62.50 |
| 5/06/2015 | AJS | Email Kincaid regarding tax returns | 0.10 | $125.00 | $12.50 |
| 6/18/2015 | AJS | Email Kincaid regarding motion to dismiss | 0.10 | $125.00 | $12.50 |
| 6/18/2015 | AJS | Emails back and forth to Kincaid regarding state tax returns | 0.20 | $125.00 | $25.00 |
| 6/25/2015 | AJS | Email Liz regarding tax returns | 0.10 | $125.00 | $12.50 |
| 9/11/2015 | AJS | Email Kincaid regarding State Return | 0.10 | $125.00 | $12.50 |
| 9/11/2015 | AJS | Email Prinzing regarding Kincaid's refund | 0.10 | $125.00 | $12.50 |
| 10/15/2015 | AJS | Email copy of letter from Mackoff Kellogg to Kincaid | 0.10 | $125.00 | $12.50 |
| 10/23/2015 | AJS | Email Kincaid regarding Ch 13 | 0.10 | $125.00 | $12.50 |
| 10/27/2015 | AJS | Email Kincaid regarding Ch 13 | 0.10 | $125.00 | $12.50 |
| 11/03/2015 | AJS | Conference with Andy regarding Kincaid; run reports from Trustee's website regarding payments | 0.30 | $125.00 | $37.50 |
| 11/03/2015 | JAP | Telephone call with Kincaid regarding options regarding Bank of America | 0.70 | $315.00 | $220.50 |
| 1/11/2016 | AJS | Respond to email from Andy regarding Kincaid tax refund | 0.10 | $125.00 | $12.50 |
| 6/07/2016 | LCB | Email and follow up with April regarding taxes and other issues with Chapter 13 | 0.10 | $110.00 | $11.00 |
| 6/08/2016 | AJS | Telephone call with Karen from Drummond's office regarding Motion to Dismiss and amending plan | 0.20 | $125.00 | $25.00 |
| 6/08/2016 | AJS | Review Third Amended Plan; review case detail on Trustee's website for information on payments made and amount owing to creditors | 0.30 | $125.00 | $37.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/08/2016 | AJS | Prepare Motion to Modify Plan | 0.50 | $125.00 | $62.50 |
| 6/08/2016 | AJS | Review bill for preparation of filing a fee application | 0.20 | $125.00 | $25.00 |
| 6/08/2016 | AJS | Prepare for application and Notice of fee application | 0.60 | $125.00 | $75.00 |
| 6/08/2016 | AJS | Telephone call with Liz regarding amending Chapter 13 Plan | 0.10 | $125.00 | $12.50 |
| 6/08/2016 | AJS | Telephone call with Liz regarding Motion to Dismiss | 0.20 | $125.00 | $25.00 |
| 6/14/2016 | AJS | Revise Chapter 13 plan | 0.30 | $125.00 | $37.50 |
| 6/14/2016 | AJS | Finalize fee application and Notice | 0.50 | $125.00 | $62.50 |
| 6/14/2016 | AJS | Finalize Motion to Modify Plan | 0.50 | $125.00 | $62.50 |
| 6/14/2016 | AJS | Email Chapter 13 Plan to Kincaid for their review and signature | 0.10 | $125.00 | $12.50 |
| 6/16/2016 | AJS | E-file Motion to Modify Plan, Fee Application, and Notice of Fees | 0.40 | $125.00 | $50.00 |

Sub Total: General Administration                             $956.50

**Stay Relief/Adequate Protection**

| 2/10/2015 | JAP | Court appearance regarding BOA stay motion | 0.50 | $315.00 | $157.50 |

Total Fees                             $1,114.00

## *Expenses*

| Start Date | Description | Charges |
|---|---|---|

**Postage**

| 6/08/2016 | Postage | $8.01 |

**Photocopies**

| 6/08/2016 | Photocopies | $10.50 |

Total Expenses                             $18.51

Total New Charges                             $1,132.51

Previous Balance                             $3,372.96

| 6/30/2015 | Payment    Check No.    554329 | $-2,000.66 |
| | Payment form Robert G. Drummond | |
| 7/30/2015 | Payment    Check No.    555500 | $-887.27 |
| | Payment from Robert G. Drummond | |

Stewart and Liz Kincaid

Page No.   3

| 9/03/2015 | Payment | Check No. | 556641 | | $-485.03 |

Total Payments and Credits $-3,372.96

Balance Due $1,132.51

## Phase Table

| Phase | Phase | Hours | Fees | Rate | Expenses | Charges |
|---|---|---|---|---|---|---|
| A. | General Administration | 0.10 | $11.00 | 110.00 | $0.00 | $11.00 |
| A. | General Administration | 5.80 | $725.00 | 125.00 | $0.00 | $725.00 |
| A. | General Administration | 0.70 | $220.50 | 315.00 | $0.00 | $220.50 |
| B. | Plan Preparation, Disclosure Statement | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| C. | Claims Review & Objection | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| D. | Settlement with Creditors | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| E. | Stay Relief/Adequate Protection | 0.50 | $157.50 | 315.00 | $0.00 | $157.50 |
| F. | Miscellaneous | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| L. | Postage | 0.00 | $0.00 | 0.00 | $8.01 | $8.01 |
| M. | Photocopies | 0.00 | $0.00 | 0.00 | $10.50 | $10.50 |
| N. | Meals | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| O. | Mileage | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| P. | Filing Fee | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| R. | Monthly Reports | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| U | Pacer/Research | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| WW | FedEX | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| X | Premiere Telephone Services | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
| April J. Schueler | 5.80 | $125.00 |
| James A. Patten | 1.20 | $315.00 |
| Leanne C Beatty | 0.10 | $110.00 |

Payment upon receipt of billing is appreciated. Interest at the rate of .8% per month will be added to all accounts 30 days or more past due. Thank you for your prompt response. WE ACCEPT MASTERCARD, VISA and DISCOVER. (Form enclosed)